UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY MOOK,<br><br>    Plaintiff,<br><br>v.<br><br>BELCHERTOWN PUBLIC SCHOOLS, BELCHERTOWN SCHOOL COMMITTEE, SUPERINTENDANT, KAROL COFFIN, PRINCIPAL, JENNIFER CHAMPAGNE, TOWN OF BELCHERTOWN, DR. MICHAEL KNAPP, PHD., MASSACHUSETTS BOARD OF ELEMENTARY AND SECONDARY EDUCATION, MASSACHUSETTS, MASSACHUSETTS TEACHERS ASSOCIATION, BELCHERTOWN TEACHER'S ASSOCIATION, and, BRADFORD BROUSSEAU, T.J. HOWELL,<br><br>    Defendants. | CIVIL ACTION NO. |

## **NOTICE OF REMOVAL**

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

    Pursuant to 28 U.S.C. § 1331, "the district courts shall have original jurisdiction of all civil actions arising out of the Constitution, laws, or treaties of the United States." The Defendants, Belchertown Public Schools, Belchertown School Committee, Superintendent Karol Griffin, Principal Jennifer Champagne, Town of Belchertown, Michael Knapp, Belchertown Teachers Association, Town Administrator Gary Brougham, and Town of Belchertown Board of Selectmen, (hereinafter, "Belchertown Defendants"), pursuant to 28 U.S.C. §§ 1331 and 1446, hereby file

their Notice of Removal of the above-described action to the United States District Court for the District of Massachusetts, and in support thereof, state the following:

1. On or about April 28, 2020, the Plaintiff, Kimberly Mook (hereinafter "Plaintiff"), filed an action in the Hampshire Superior Court in Hampshire County, Massachusetts, styled and captioned as above and assigned Civil Action No. 2080CV00048.

2. Plaintiff caused the Summons and Complaint to be served on Defendant Gary Brougham on or about August 25, 2020.  The Complaint asserts thirteen (13) counts against the various defendants, including two (2) claims of a violation of a federal statute, 42 U.S.C. §1983 (Count IV – Violation of 42 U.S.C. §1983 and Count VIII – Monell Claim).  Because the Plaintiff has asserted claims pursuant to a federal statute, 42 U.S.C. § 1983, removal is proper pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1446.

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b) as it is being filed within 30 days of service of the initial pleading.

4. Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons, Complaint, and the other documents served upon Defendant Gary Brougham are being filed with this Notice, attached hereto as <u>Exhibit A</u>.

5. All Belchertown Defendants consent to the removal of this action.

6. Jurisdiction exists over this removed action pursuant to 28 U.S.C. § 1331, as this action could originally have been filed in this Court on the basis that this is a civil action arising under the Constitution, laws, or treaties of the United States, *i.e.* a "Federal Question."

7. As this civil action is pending in Hampshire Superior Court in Hampshire County, Massachusetts, under 28 U.S.C. §§ 101 and 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal.

Case 3:20-cv-30156   Document 1   Filed 09/23/20   Page 3 of 4

3

8. Written notice of this pleading will be given to all parties promptly after the filing of this pleading.

9. The Belchertown Defendants will file a notice of the filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Hampshire Superior Court in Hampshire County, Massachusetts.

10. Pursuant to Local Rule 81.1(A), the Belchertown Defendants shall request of the Clerk of the Hampshire Superior Court in Hampshire County, Massachusetts certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein, and shall file the same with this Court within thirty (30) days after the filing of this Notice of Removal.

WHEREFORE, for the foregoing reasons, the Defendants, Belchertown Public Schools, Belchertown School Committee, Superintendent Karol Griffin, Principal Jennifer Champagne, Town of Belchertown, Michael Knapp, Belchertown Teachers Association, Town Administrator Gary Brougham, and Town of Belchertown Board of Selectmen, respectfully request that the above-captioned matter pending in the Hampshire Superior Court in Hampshire County, Massachusetts, be removed and that this Court take jurisdiction for trial and determination.

1877988v.1

Defendants

By Their Attorneys,

/s/ *Gareth W. Notis*

---

Gareth W. Notis, BBO #637814
gnotis@morrisonmahoney.com
Francesca L. Cone, BBO #697272
fcone@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:   617-439-7500
Fax:       617-342-4821

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 23, 2020.

/s/  Gareth W. Notis
_____
 Gareth W. Notis